No. 16-60333

UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

ADAMS AND ASSOCIATES, INC.
                                    Petitioner,
             and

MCCONNELL, JONES,
LANIER & MURPHY, L.L.P.,
                                    Petitioner,

                    v.

NATIONAL LABOR RELATIONS BOARD,
                                    Respondent.


**UNOPPOSED MOTION FOR LEAVE TO INTERVENE**

Pursuant to Rule 15(d), F.R.A.P., the Sacramento Job Corps

Federation of Teachers, AFT Local 4986, American Federation of

Teachers ("AFT Local 4986") moves for leave to intervene in support of

the National Labor Relations Board ("NLRB"). AFT Local 4986 was the

successful charging party before the NLRB in this case. "[T]he charging

party who is successful before the Board may intervene as of right in

any review proceedings before the Court of Appeals." *Concrete*

*Materials of Georgia, Inc. v. NLRB*, 440 F.2d 61, 67 (5th Cir. 1971),

citing *Automobile Workers v. Scofield*, 382 U.S. 205, 216 (1965).

Counsel for each Petitioner and counsel for the Respondent represent that they will not be filing an opposition to this motion.

Respectfully Submitted,

/s/ Matthew J. Ginsburg

Hope Singer
Bush Gottlieb
500 North Central Avenue
Suite 800
Glendale, CA 91203

Matthew J. Ginsburg
James B. Coppess
815 Sixteenth Street, NW
Washington, DC  20006
(202) 637-5397

# CERTIFICATE OF SERVICE

I hereby certify that on June 10, 2016, copies of the foregoing Unopposed Motion For Leave To Intervene were served on the following counsel of record through the CM/ECF system if they are registered users, or if they are not, by serving a true and correct copy at the addresses listed below:

Sean Michael McCrory
Littler Mendleson, P.C.,
  Suite 1500
2001 Ross Avenue
Dallas, TX 75201

Mickey Lin Washington
Washington & Associates, P.L.L.C.
1314 Texas Street, Suite 811
Houston, TX 77002-0000

Linda Dreeben
National Labor Relations Board
1015 Half Street, SE
Washington, DC 20570

/s/ Matthew J. Ginsburg